James S. Coon, OSB# 771450
jcoon@stc-law.com
SWANSON, THOMAS, COON & NEWTON
820 SW Second Ave, Suite 200
Portland, Oregon 97204
Ph. 503-228-5222   Fax 503-273-9175
Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PETER JOHANSEN,                                      CV# 3:11-00871-HA

         Plaintiff,

                                              ORDER GRANTING
        v.                                         STIPULATED EAJA FEES,
                                            COSTS AND EXPENSES

COMMISSIONER SOCIAL SECURITY
ADMINISTRATION,

              Defendant.

       Based on the stipulation of the parties, it is hereby ORDERED that attorney fees

in the amount of $1241.00 are awarded to Plaintiff pursuant to the Equal Access to

Justice Act, 28 U.S.C. § 2412.  In addition, Plaintiff will be awarded $3.80 in copying

costs pursuant to 28 U.S.C. §§ 1920 and $24.38 in postage expenses pursuant to 28

U.S.C. § 2412.  The court directs Defendant to issue checks to Plaintiff in care of his

attorney, James S. Coon, at Mr. Coon's address:  820 SW 2nd Ave Ste 200, Portland

OR  97204.

       Dated this _____6_____ day of ___June___, 2012.

                                        _____
                                  United States District Judge

Presented by:
James S. Coon
Swanson, Thomas, Coon & Newton
Of Attorneys for Plaintiff