James S. Coon, OSB# 771450
jcoon@stc-law.com
SWANSON, THOMAS, COON & NEWTON
820 SW Second Ave, Suite 200
Portland, Oregon 97204
Ph. 503-228-5222   Fax 503-273-9175
Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PETER JOHANSEN,                                                CV# 3:11-00871-HA

         Plaintiff,

      v.                                                          ORDER GRANTING
                                                               STIPULATED EAJA FEES,
COMMISSIONER SOCIAL SECURITY                                    COSTS AND EXPENSES
ADMINISTRATION,

         Defendant.

_____

      Based on the stipulation of the parties, it is hereby ORDERED that attorney fees

in the amount of $1241.00 are awarded to Plaintiff pursuant to the Equal Access to

Justice Act, 28 U.S.C. § 2412.  In addition, Plaintiff will be awarded $3.80 in copying

costs pursuant to 28 U.S.C. §§ 1920 and $24.38 in postage expenses pursuant to 28

U.S.C. § 2412.  The court directs Defendant to issue checks to Plaintiff in care of his

attorney, James S. Coon, at Mr. Coon's address:  820 SW 2nd Ave Ste 200, Portland

OR  97204.

      Dated this ____6____ day of ___June___, 2012.

                                      _____
                                      United States District Judge

Presented by:
James S. Coon
Swanson, Thomas, Coon & Newton
Of Attorneys for Plaintiff